ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Joint Forces Construction LLC | ) ASBCA Nos. 62618, 62619, 62620 |
| | ) |
| Under Contract No. W91236-18-C-0020 | ) |

APPEARANCES FOR THE APPELLANT:    David A. Hearne, Esq.
                                    ReavesColey, PLLC
                                    Chesapeake, VA

                                    James R. Harvey, Esq.
                                    Anthony J. Mazzeo, Esq.
                                    Vandeventer Black LLP
                                    Norfolk, VA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                    John R. Lockard, Esq.
                                    Mark R. Higgins, Esq.
                                    Engineer Trial Attorneys
                                    U.S. Army Engineer District, Norfolk

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: May 27, 2021

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62618, 62619, 62620, Appeals of Joint Forces Construction LLC, rendered in conformance with the Board's Charter.

Dated:  May 27, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2